**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.13-cv-02682-RM-KLM

MARK KOLAKOWSKI,

    Plaintiff,

v.

HARBOR FREIGHT TOOLS, USA, Inc.,
d/b/a HARBOR FREIGHT TOOLS, a Delaware corporation,

and

MATT DEFAZIO, an individual,

    Defendants.

---

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**THIS MATTER**, having come before the Court upon the Stipulation for Dismissal with Prejudice, and the Court having reviewed the same and being fully advised in the premises,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, and with each party to pay its own costs, expenses, and attorney's fees.

DATED this 30th day of December, 2014.

                                                       BY THE COURT:

                                                       RAYMOND P. MOORE
                                                       United States District Judge